# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M. SCHAMBER, | CASE NO. 2:15-CV-00169-JAM-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| O'REILLY AUTOMOTIVE STORES, INC., and DOES 1 through 100, inclusive, | Complaint Filed: January 23, 2014 |
| Defendants. | |

Based on the Stipulation entered into by Defendant O'REILLY AUTO ENTERPRISES, LLC, which Defendant alleges Plaintiff erroneously sued as "O'REILLY AUTOMOTIVE STORES, INC." ("Defendant"), and Plaintiff CHRISTINE M. SCHAMBER, ("Plaintiff") (collectively "the Parties"), through their respective counsel, and for other good cause appearing, the Court hereby orders as follows:

/ / /

/ / /

1  IT IS ORDERED THAT: The hearing date on Plaintiff's motion to remand
2  that is currently set for June 3, 2015 at 9:30a.m. be continued to June 17, 2015 at
3  9:30 a.m.
4  **IT IS SO ORDERED.**

6  DATED: April 16, 2015           /s/ John A. Mendez
7                                  Hon. John A. Mendez
                                   USDC, Eastern District of California

3365592.1

2

CASE NO. 2:15-CV-00169-JAM-CKD

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego