1  MAYALL HURLEY
2  A Professional Corporation
   2453 Grand Canal Boulevard
3  Stockton, California 95207
4  Telephone (209) 477-3833
   Facsimile (209) 473-4818
5  NICHOLAS SCARDIGLI
6  CA State Bar No. 249947

7  Attorneys for Plaintiff CHRISTINE M. SCHAMBER
8

9  JAMES M. PETERSON, ESQ. (Bar No. 137837)
10 peterson@higgslaw.com
   DEREK W. PARADIS, ESQ. (Bar No. 269556)
11 paradisd@higgslaw.com
12 HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
13 San Diego, CA  92101-7913
14 TEL:  619.236.1551
   FAX: 619.696.1410
15
16 Attorneys for Defendants O'REILLY AUTO ENTERPRISES, LLC and
   O'REILLY AUTOMOTIVE STORES, INC.
17

18                **UNITED STATES DISTRICT COURT**
19                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTINE M. SCHAMBER,** | Case No.: 2:15-CV-00169-JAM-CKD |
| **Plaintiff,** | **STIPULATION AND  ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |
| vs. | |
| **O'REILLY AUTOMOTIVE STORES, INC., and DOES 1-100, inclusive,** | |
| **Defendants.** | |

1  IT IS HEREBY STIPULATED by and between the parties hereto, namely, Plaintiff Christine M. Schamber and Defendant O'Reilly Automotive Stores, Inc., ("O'Reilly Auto Enterprises, LLC, alleges Plaintiff erroneously sued "O'Reilly Automotive Stores, Inc." in the place of "O'Reilly Auto Enterprises, LLC," which Defendant alleges was Plaintiff's actual employer) that Plaintiff shall have leave to file the attached First Amended Complaint for Damages in the above entitled matter.

DATED: 5/4 /15          MAYALL HURLEY P.C.


By: /s/ Nicholas Scardigli
    NICHOLAS SCARDIGLI, ESQ.
    Attorney for Plaintiff
    CHRISTINE M. SCHAMBER


DATED:  5/4 /15          HIGGS FLETCHER & MACK LLP


By: /s/ Derek Paradis
    JAMES M. PETERSON, ESQ.
    DEREK W. PARADIS, ESQ.
    Attorneys for Defendants
    O'REILLY AUTO ENTERPRISES, LLC and O'REILLY AUTOMOTIVE STORES, INC.

Stipulation and [Proposed] Order Granting Plaintiff Leave to File First Amended Complaint
Page 2 of 3

# **ORDER**

The above stipulation is approved.

IT IS SO ORDERED that Plaintiff Christine M. Schamber shall have leave to file the attached First Amended Complaint for Damages in the above entitled matter.

**DATED: 5/4/20**15

/s/ John A. Mendez_____

**U. S. District Court Judge**